United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLAUDE BENCKENSTEIN, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-cv-2940 |
| § | |
| CENTRAL MUTUAL INSURANCE § | |
| COMPANY, § | |
| Defendant. § | |

## ORDER REQUIRING MEDIATION

After considering Central Mutual Insurance Company's ("Central") Motion to Compel Mediation (Doc. No. 10), and that the motion is not opposed, the Court hereby grants Central's motion, and orders the parties to participate in mediation pursuant to Section 541.161 of the Texas Insurance Code.

Based on the agreement reached between the parties, the Curt appoints Mary Burdin, Burdin Mediations, 4514 Cole Avenue, Suite 1450, Dallas, Texas 75205, telephone number (214) 528-1411 as mediator. Plaintiff and Central are to mediate the case before Ms. Burdin within sixty days from the date of this order, and are to share equally in the mediation fee charged by Ms. Burdin.

Signed this 7th day of December, 2017.

_____
UNITED STATE DISTRICT JUDGE

APPROVED:

/S/James Willis
Attorney for Plaintiff

/S/Russell J. Bowman
Attorney for Defendant