IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**FILED**

**FEB 02 2018**

David J. Bradley, Clerk of Court

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:17-CV-2940, 4:17-cv-2940
2. Style of case: CLAUDE BENCKENSTEIN vs CENTRAL MUTUAL INSURANCE CO
3. Nature of suit: CNTR CNSMR COM DEBT
4. Method of ADR used:    **X Mediation**    ☐ Mini-Trial    ☐ Summary Jury Trial
5. Date ADR session was held: 01/25/18
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR

    **X** Settled as a result of ADR.           ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1500.00
8. Duration of ADR: Half Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   MARY BURDIN
   JAMES WILLIS, Esq. (Plaintiff Attorney)
   RUSSELL BOWMAN, Esq. (Defense Attorney)

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    Mary Burdin

    Signature

    4514 Cole Avenue, Dallas, TX 75205-4181
    Address

    January 25, 2018
    Date

    (214)528-1411
    Telephone